IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JUSTIN HIGGINBOTTOM                                              PLAINTIFF

v.                                                  CAUSE NO. 1:25-CV-61-SA-DAS

ASHLEY FURNITURE INDUSTRIES, INC.                               DEFENDANT

ORDER

The Motion to Withdraw [23] is GRANTED. The Clerk of Court shall terminate Louis

Watson, Esq., as counsel of record on the docket in this case.

SO ORDERED, this the 22nd day of December, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE